IN THE COUNTY COURT, IN AND
FOR PINELLAS COUNTY, FLORIDA

CASE NO: __16-001356-SC__

AMERICAN MARITIME OFFICERS
SAFETY & EDUCATION PLAN
a/k/a STAR CENTER

    Plaintiff,

vs.                                    AMENDED COMPLAINT

LUKE H. BALCHUNAS
400 Beach Drive NE, Unit 1602
Saint Petersburg FL 33701

    Defendant(s).    /

    Plaintiff, **AMERICAN MARITIME OFFICERS SAFETY & EDUCATION PLAN a/k/a STAR CENTER**, sues the Defendant **LUKE H. BALCHUNAS,** and alleges:

    1. This is an action for damages which does not exceed $5,000.00 and is due and payable in Pinellas County, Florida.

    2. Defendant owes Plaintiff the sum of $4,041.60 that is due with interest since December 13, 2014 for the following goods sold and delivered by Plaintiff to Defendant between October 2010 and February 2011.

See description on Composite<br>Exhibit "A" attached hereto

    WHEREFORE, Plaintiff demands Judgment for damages against the Defendant(s) in the sum of $4,041.60, together with interest and plus Court costs.

COUNT II

    3. On February 22, 2010 and February 15, 2011, Defendant executed and delivered to Plaintiff signed agreements, the terms of which agreements are more fully set forth in the agreements attached

A.

hereto as Exhibit "B".

4. Defendant defaulted under the terms of the signed agreements by his failure to make the payments when due.

5. By virtue of the default, Defendant owes Plaintiff the sum of $4,041.60 that is due with interest since December 13, 2014, on the signed agreements according to the invoices attached hereto as Exhibit "A".

6. Plaintiff has performed all conditions precedent required for the recovery of the relief requested herein.

WHEREFORE, Plaintiff demands Judgment for damages against the Defendant in the amount of $4,041.60, together with interest at the rate of 4.75% since December 13, 2014 in the amount of $218.27, and Court costs in the amount of $359.30, for a total due of $4,619.17.

DATED: February 25, 2016

KOSTO & ROTELLA, P.A.
Attorneys for Plaintiff

_____
RICHARD D. SIERRA
Post Office Box 113
619 East Washington St.
Orlando, Florida 32801
(407) 425-3456
Florida Bar #0937029
Service e-mail: rick.sierra@kostoandrotella.com
Corres. e-mail: rsierra@kostoandrotella.com
Secondary e-mail: dannis@kostoandrotella.com

15-3087



# STAR Center

## Simulation, Training, Assessment & Research

2 W. Dixie Highway, Dania Beach, FL 33004-4312
TEL: 954-921-7254 or 800-445-4522   FAX: 954-920-4268
www.star-center.com



ISO 9001
Certificate No. 38806

*wu9*
*459 271 870*

**Bill To:**
Luke H. Balchunas
400 Beach Dr. NE - Unit 1602
St. Petersburg, FL  33701

813 - 766 - 5708

lbalchunas @ tampa.RR.com

## INVOICE

| Invoice No. | Invoice Date | Page |
|---|---|---|
| 61-00961 | 11/13/2014 | 1 |
| Customer No. | Terms | |
| LBALC1 | Net 30 | |

CONTRACT #117001-1

| Item Number | Description | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
| COURSE | License Preparation - Upgd - DS Chief Mate - Master - 10/4/2010 | 1 | 400.00 | 400.00 |
| COURSE | MSC - Helo Fire Fighting - 11/4/2010 | 1 | 310.00 | 310.00 |
| COURSE | Small Arms - Initial Qualification & Sustainment - 2/15/2011 | 1 | 1,495.00 | 1,495.00 |
| | Scholarship Checks: | 3 | 200.00 | 600.00 |
| | 10/8/2010, 11/2/2010, & 2/16/2011 | | | |
| AOR-ROOM | Room Charge - 10/3-10/7/2010 | 4 | 98.00 | 392.00 |
| AOR-BOARD | Board Charge - 10/3-10/7/2010 | 4 | 27.00 | 108.00 |
| AOR-ROOM | Room Charge - 11/3-11/4/2010 | 1 | 98.00 | 98.00 |
| AOR-BOARD | Board Charge - 11/3-11/4/2010 | 1 | 27.00 | 27.00 |
| AOR-ROOM | Room Charge - 2/14-2/18/2011 | 4 | 98.00 | 392.00 |
| AOR-BOARD | Board Charge - 2/14--2/18/2011 | 4 | 27.00 | 108.00 |

| | | |
|---|---|---|
| Subtotal | | $3,930.00 |
| Misc | | $0.00 |
| Tax | | $111.60 |
| Total | | $4,041.60 |

Send Wire Payments to:
Wells Fargo Bank, N.A.
AMO Safety & Ed Reserve Acct
Jacksonville, FL 33202
Acct# 2000011164302
ABA# 121-000248
SWIFT Code # WFBIUS6S

Please make check payable to:
STAR Center
Attn: Accounts Receivable
2 West Dixie Highway
Dania Beach     FL     33004

For Credit Card Payments:
Please call Student Services at (800) 942-3220 ext. 201

Please note:   Interest will be imposed at 2% over the prime rate on all past due amounts.


Ex. A

# STAR Center

**Simulation, Training, Assessment & Research**
2 W Dixie Highway • Dania Beach FL 33004-4312
TEL 954-921-7254 • 800-445-4522 • FAX 954-920-4268 • 800-431-8815
www.star-center.com



Page 1 of 1

ISO 9001
Certificate No. 80606

**TAX ID:**

2nd Mate Luke H. Balchunas
400 Beach Drive NE Unit 1602
St Petersburg, FL 33701

(ST06)   51592   10/03/2010   10/07/2010   0.00

Master Folio   Contract # 117001-1-133-NT

Company: Plans Participant

| Date | Code | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| 10/03/2010 | ST06 | Contract # 117001-1-133-NT | 125.00 | 0.00 | 125.00 |
| 10/04/2010 | ST06 | Contract # 117001-1-133-NT | 125.00 | 0.00 | 250.00 |
| 10/05/2010 | ST06 | Contract # 117001-1-133-NT | 125.00 | 0.00 | 375.00 |
| 10/06/2010 | ST06 | Contract # 117001-1-133-NT | 125.00 | 0.00 | 500.00 |
| 10/07/2010 | ST06 | Benefit - S&E Plans - Balchunas, Luke H. | 0.00 | 500.00 | 0.00 |

AKT
09/23/2014   12:20 PM

*Thank you for staying with us!*

 # STAR Center
Simulation, Training, Assessment & Research
2 W Dixie Highway • Dania Beach FL 33004-4312
TEL 954-921-7254 • 800-445-4522 • FAX 954-920-4268 • 800-431-6315
www.star-center.com



ISO 9001
Certificate No. 38805

Page 1 of 1

**TAX ID:**

2nd Mate Luke H. Balchunas
400 Beach Drive NE Unit 1602
St. Petersburg, FL 33701

(A35A)   51836   11/03/2010   11/04/2010   0.00
Master Folio   Contract # 117001-1-133-NT
Company: Plans Participant

| Date | Code | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 11/03/2010 | A35A | Contract # 117001-1-133-NT | 125.00 | 0.00 | 125.00 |
| 11/04/2010 | A35A | Benefit - S&E Plans - Balchunas, Luke H. | 0.00 | 125.00 | 0.00 |

AKT
09/23/2014   12:20 PM

*Thank you for staying with us!*



# STAR Center

**Simulation, Training, Assessment & Research**

2 W Dixie Highway • Dania Beach FL 33004-4312
TEL 954-921-7254 • 800-445-4522 • FAX 954-920-4268 • 800-431-8815
www.star-center.com



Page 1 of 1

ISO 9001
Certificate No. 30606

**TAX ID:**

**Chief Mate Luke H. Balchunas**
**400 Beach Drive NE Unit 1602**
**St. Petersburg, FL 33701**

(SE04)   52475   02/14/2011   02/18/2011   0.00

Master Folio                Contract # 117001-1-133-NT

Company: Plans Participant

| Date | Code | Description | | | |
|---|---|---|---|---|---|
| 02/14/2011 | SE04 | Contract # 117001-1-133-NT | 125.00 | 0.00 | 125.00 |
| 02/15/2011 | SE04 | Contract # 117001-1-133-NT | 125.00 | 0.00 | 250.00 |
| 02/16/2011 | SE04 | Contract # 117001-1-133-NT | 125.00 | 0.00 | 375.00 |
| 02/17/2011 | SE04 | Contract # 117001-1-133-NT | 125.00 | 0.00 | 500.00 |
| 02/18/2011 | SE04 | Benefit - S&E Plans - Balchunas, Luke H. | 0.00 | 500.00 | 0.00 |

*Thank you for staying with us!*

AKT
09/23/2014   12:20 PM



#73 Celestial Nav

# STAR Center

### Simulation, Training, Assessment & Research

2 West Dixie Highway • Dania Beach, Florida 33004
TEL 954-921-7254 • 800-445-4522 • FAX 954-920-4268 • 800-431-8815
www.star-center.com • email@star-center.com

Form 1010G (01/09)

ISO 9001
Certificate No. 38806

## AGREEMENT OF REIMBURSEMENT 2009
### For Resident Training

This AGREEMENT OF REIMBURSEMENT (the "Agreement") is made this __22__ day of __FEBRUARY__ 20__10__, by __Luke Balchunas__ XXX-XX-____ residing at __720 Shore Dr. East__ __Oldsmar__ __FL__ __34677__

Mailing address (if different) __PO Box 877__ __Oldsmar__ __FL__ __34677__

in the County of __Pinellas__ and the State of __FL__

WHEREAS, the American Maritime Officers Safety and Education Plan (the "Plan") provides me as a student with training at STAR Center, Dania Beach, Florida at no cost to me, or reimburses me or pays directly for training at other schools or facilities.

NOW, THEREFORE, for such consideration I hereby agree as follows:

1.   I understand and agree that in the event I abandon a course without authorization, or am dismissed from a course for just cause, or fail to attain twelve (12) months of covered employment in the eighteen (18) months following completion of a course, the full tuition charges or direct payments for the course(s) I was attending, accommodation charges, and cost of repair of STAR Center property, if applicable, shall be **immediately** due and payable by me to the Plan.

2.   I understand and agree that I shall reimburse the Plan the charges and costs billed to me unless waived pursuant to paragraph 3 of this Agreement. If I disagree with any item on the bill presented to me I will advise the Plan in writing within thirty (30) days after receipt of the bill. Any dispute shall be subject to the Plan's appeal procedure.

3.   It is understood that if I fail to attain the required 12 months of covered employment within the 18 months following completion of the course of instruction, the job opportunities provided by the Union and my availability for assignment will be taken into consideration when my reimbursement obligations are determined.

4.   It is also understood that if I am provided training under sponsorship and at direct cost to a Contributing Employer for which I am working, that in consideration of same, I agree to continue employment for a period of 12 months on the vessel(s) of said Contributing Employer

STAR Center admits students of any race, color, national and ethnic origin or sex.

Ex. B

73

**Agreement of Reimbursement**
*For Resident Training*
Page 2 of 2



after completion of said training, or as otherwise assigned by said Contributing Employer in accordance with the applicable shipping rules. I understand and agree that if I fail to comply with the provisions of this paragraph, I will be obligated to reimburse the Plan for the full tuition charges or direct payments for the course(s) I was attending, accommodations charges, scholarship benefits and cost of repair of STAR Center property, if applicable, and such charges and payments shall be **immediately** due and payable by me to the Plan.

5.  I understand that failure to reimburse the Plan in accordance with this Agreement within four (4) weeks after receiving written notice that payment is due shall disqualify me from receiving any future benefits from the Plan to which I might otherwise be entitled. Such disqualifications shall remain in effect until reimbursement is actually made by me. I further understand that in the event I fail to reimburse the Plan, the Plan may take any and all available legal action against me to recover the amount due for the benefits I have received.

6.  This agreement shall be valid until superseded by the next Agreement of Reimbursement so signed.

7.  This Agreement shall be governed by the laws of the State of Florida unless otherwise superseded by federal law.

IN WITNESS WHEREOF, I have hereunder set my hand as of the day and year first above written.

_____
PARTICIPANT'S LEGAL SIGNATURE

Luke Baconovas
PRINTED NAME

22 Feb 10
DATE

_____
WITNESS' LEGAL SIGNATURE

Yossy Mendoza
PRINTED NAME

2/22/10
DATE

#73 MSC Small A



# STAR Center
## Simulation, Training, Assessment & Research

2 West Dixie Highway • Dania Beach, Florida 33004
TEL 954-921-7254 • 800-445-4522 • FAX 954-920-4268 • 800-431-8815
www.star-center.com • email@star-center.com

Form 1010G (01/09)

ISO 9001
Certificate No. 38806

## AGREEMENT OF REIMBURSEMENT 2009
### For Resident Training

This AGREEMENT OF REIMBURSEMENT (the "Agreement") is made this __15__ day of __FEB__ 20_11_, by __Luke Balchunas__ XXX-XX-____ residing at __Unit #1602   400 Beach Dr NE, St Petersburg, FL 33701__

Mailing address (if different) _____

in the County of __Pinellas__ and the State of __Florida__

WHEREAS, the American Maritime Officers Safety and Education Plan (the "Plan") provides me as a student with training at STAR Center, Dania Beach, Florida at no cost to me, or reimburses me or pays directly for training at other schools or facilities.

NOW, THEREFORE, for such consideration I hereby agree as follows:

1. I understand and agree that in the event I abandon a course without authorization, or am dismissed from a course for just cause, or fail to attain twelve (12) months of covered employment in the eighteen (18) months following completion of a course, the full tuition charges or direct payments for the course(s) I was attending, accommodation charges, and cost of repair of STAR Center property, if applicable, shall be **immediately** due and payable by me to the Plan.

2. I understand and agree that I shall reimburse the Plan the charges and costs billed to me unless waived pursuant to paragraph 3 of this Agreement. If I disagree with any item on the bill presented to me I will advise the Plan in writing within thirty (30) days after receipt of the bill. Any dispute shall be subject to the Plan's appeal procedure.

3. It is understood that if I fail to attain the required 12 months of covered employment within the 18 months following completion of the course of instruction, the job opportunities provided by the Union and my availability for assignment will be taken into consideration when my reimbursement obligations are determined.

4. It is also understood that if I am provided training under sponsorship and at direct cost to a Contributing Employer for which I am working, that in consideration of same, I agree to continue employment for a period of 12 months on the vessel(s) of said Contributing Employer

STAR Center admits students of any race, color, national and ethnic origin or sex.

73

**Agreement of Reimbursement**
*For Resident Training*
Page 2 of 2



after completion of said training, or as otherwise assigned by said Contributing Employer in accordance with the applicable shipping rules. I understand and agree that if I fail to comply with the provisions of this paragraph, I will be obligated to reimburse the Plan for the full tuition charges or direct payments for the course(s) I was attending, accommodations charges, scholarship benefits and cost of repair of STAR Center property, if applicable, and such charges and payments shall be **immediately** due and payable by me to the Plan.

5.   I understand that failure to reimburse the Plan in accordance with this Agreement within four (4) weeks after receiving written notice that payment is due shall disqualify me from receiving any future benefits from the Plan to which I might otherwise be entitled. Such disqualifications shall remain in effect until reimbursement is actually made by me. I further understand that in the event I fail to reimburse the Plan, the Plan may take any and all available legal action against me to recover the amount due for the benefits I have received.

6.   This agreement shall be valid until superseded by the next Agreement of Reimbursement so signed.

7.   This Agreement shall be governed by the laws of the State of Florida unless otherwise superseded by federal law.

IN WITNESS WHEREOF, I have hereunder set my hand as of the day and year first above written.

_____
PARTICIPANT'S LEGAL SIGNATURE

LUKE BACHHUBER
PRINTED NAME

15 FEB 11
DATE

_____
WITNESS' LEGAL SIGNATURE

Shaeron Kay Bailey
PRINTED NAME

2/15/11
DATE